**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **DERRICK LYNCH,** | § | |
| **PETITIONER,** | § | |
| | § | |
| **V.** | § | **W-23-CV-189-ADA** |
| | § | |
| **BOBBY LUMPKIN,** | § | |
| **RESPONDENT.** | § | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause.  On this date, the Court dismissed

Petitioner Derrick Lynch's petition for writ of habeas corpus as moot.  Accordingly, as all issues in

the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal

Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Derrick Lynch's petition for writ of habeas corpus

is hereby **DISMISSED WITHOUT PREJUDICE AS MOOT**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SIGNED** on July 19, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE